UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEGAN D. ERASMUS,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**HEDIEH ARBABZADEH, M.D., INC.**, a California Professional Corporation;<br><br>　　　　Defendants. | Case No.: 1:21-cv-00771-NONE-BAM<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed:　May 13, 2021<br>Trial Date:　　　　N/A |

　　　　Having read the Stipulation to Continue Scheduling Conference and finding good cause it is hereby ordered that the Initial SCHEDULING CONFERENCE set for 08/17/2021 is continued to **October 5, 2021 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:　**August 11, 2021**　　　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:21-cv-00771-NONE-BAM