UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>Plaintiff,<br>v.<br><br>HEDIEH ARBABZADEH, M.D., INC.,<br>a California Professional Corporation,<br><br>Defendant. | Case No. 1:21-cv-00771-NONE-BAM<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL TIME TO SERVE DEFENDANT** |

Having reviewed Plaintiff's motion seeking relief from the service deadline and an extension of time to complete service on Hedieh Arbabzadeh, M.D., Inc., a California Professional Corporation through the Agent for service of process, Dr. Hedieh Arbabzadeh and finding good cause therefore, the Court hereby grants Plaintiff's Request.

Therefore, the deadline to complete service on Defendant Hedieh Arbabzadeh, M.D., Inc., shall be extended an additional ninety (90) days from the date of this order.

IT IS SO ORDERED.

Dated: __August 27, 2021__         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE