UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS, | Case No.  1:21-cv-00771-NONE-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| HEDIEH ARBABZADEH, M.D., INC., | (Doc. 12) |
| Defendants. | |

Currently before the Court is Plaintiff Megan D. Erasmus' request to continue the October 5, 2021 scheduling conference, which was filed on September 28, 2021.  (Doc. 12.)  Plaintiff states that "the ground for this request is that Plaintiff has recently obtained service on Defendant."  (*Id.* at 1.)  Plaintiff therefore request that the Court vacate or continue the scheduling conference forty-five (45) days to allow Defendant to answer and to allow Plaintiff to conduct the required meet and confer and circulate a joint report pursuant to Federal Rule of Civil Procedure 26(f).  (*Id.*)

Having considered Plaintiff's request, and good cause appearing, the Scheduling Conference is HEREBY CONTINUED to **November 23, 2021, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report one week prior to the conference.  The parties shall appear at the conference remotely with each party connecting either via Zoom video conference or Zoom telephone

number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **September 30, 2021**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE