UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN D. ERASMUS,<br><br>           Plaintiff,<br><br>     v.<br><br>HEDIEH ARBABZADEH, M.D., INC.;<br>and DOES 1-10,<br><br>           Defendants. | Case No.  1:21-cv-00771-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DATE TO DISMISS THE ACTION**<br><br>(Doc. 19) |

On January 4, 2022, the parties filed a stipulation to extend the deadline to file documents to dismiss the action to January 18, 2022.  The parties indicate that additional time is necessary to receive the settlement payment, which has been mailed.  (Doc. 19.)

Pursuant to the parties' stipulation, and good cause appearing, the deadline for the parties to file appropriate papers to dismiss or conclude this action in its entirety is HEREBY EXTENDED to January 18, 2022.
IT IS SO ORDERED.

Dated:   **January 5, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

1